UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31021
Summary Calendar

_____

FELIX ORIAKHI,

Plaintiff-Appellant,

versus

PARSONS ET AL.,

Defendants,

HUVAL INSURANCE CO.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(94-CV-1595)

_____

August 25, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Felix Oriakhi, federal inmate #51338-079, challenges the
summary judgment awarded the defendants. He contends that genuine
issues of material fact exist as to the following: (1) the quality
of the information in the affidavit supporting the warrant seizing

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the $3,104; (2) the adequacy of the forfeiture notice given by the DEA; (3) the apparent discrepancy between the time of issuance of the money order and the issuance of the seizure warrant; (4) his demand of the return of his deposit from Huval prior to the DEA's notice to Huval of the impending forfeiture of that money; and (5) Huval's failure to notify Oriakhi of the impending seizure.

Pursuant to our *de novo* review of appellate record, and for essentially the reasons relied upon by the district court, through the adoption of the magistrate judge's reports, *see* **Oriakhi v. Parsons**, No. 94-1595 (W.D. La. Sept. 17, 1996 & Sept. 27, 1995), we conclude that the defendants were entitled to summary judgment.

*AFFIRMED*